1

2

3                      UNITED STATES DISTRICT COURT

4                FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   D.M.A., by and through his guardian ad            Case No.  1:25-cv-00560-BAM
    litem, Latasha Edwards,
7                                                     **ORDER ON APPLICATION TO**
                       Plaintiff,                     **PROCEED** *IN FORMA PAUPERIS* **AND**
8                                                     **DIRECTING CLERK TO ISSUE**
          v.                                          **SUMMONS AND SCHEDULING ORDER**
9
    COMMISSIONER OF SOCIAL                            (Doc. 3)
10  SECURITY,

11                     Defendant.

12

13         Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

14  U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

15  *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

16  as follows:

17         1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

18         2.  The Clerk of the Court is directed to issue new case documents, including the

19             Scheduling Order;

20         3.  The Clerk of the Court also is directed to issue summons and service shall proceed

21             under the Court's E-Service program with the Clerk delivering to the Commissioner of

22             Social Security Administration and the United States Attorney's Office at their

23             designated email addresses, a notice of electronic filing of the action along with the

24             summons and complaint.

25

26  IT IS SO ORDERED.

27     Dated:   **May 13, 2025**              /s/ Barbara A. McAuliffe
28                                            UNITED STATES MAGISTRATE JUDGE

                                            1