# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

D.M.A., *by and through his guardian ad litem, Latasha Edwards*

Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of Social Security*,

Defendant.

Case No. 1:25-cv-00560-EGC

**ORDER SETTING ORAL ARGUMENT**

The Court hereby sets the parties' cross motions for summary judgment, (Docs, 15, 17), for oral argument on December 18, 2026 at 10:00am via videoconference. The parties shall appear prepared to discuss if and how Plaintiff's theory of error, which seems to be premised on a framework appliable to only adults and therefore not applicable to the instant case, resulted in harm.

The Court notes it will not consider arguments not made in the parties' briefs, especially in light of Plaintiff's choice not to file an optional reply brief. *See Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) (concluding plaintiff "abandoned" claims not raised in opposition to motion for summary judgment); *accord Ramirez v. City of Buena Park*, 560 F.3d 1012, 1026 (9th Cir. 2009) ("A party abandons an issue when it has a full and fair opportunity to

ventilate its views with respect to an issue and instead chooses a position that removes the issue from the case.”).

IT IS SO ORDERED.

Dated: **November 24, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE